**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001081
21-JAN-2015
08:51 AM**

NO. CAAP-14-0001081

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
CORY ANDRADE, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 13-1-1318)

ORDER GRANTING THE JANUARY 9, 2015
MOTION FOR ORDER OF DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Motion for Order of Dismissal of Appeal, filed January 9, 2015, by Deputy Public Defender Taryn R. Tomasa (Counsel), court-appointed counsel for Defendant-Appellant Cory Andrade (Appellant), the papers in support, and the record, it appears that Appellant cannot be located after a diligent effort by Counsel and the Office of the Public Defender, and the appeal should be dismissed, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, January 21, 2015.

Presiding Judge

Associate Judge

Associate Judge